BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
RITA F. LIN (CABN 236220)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov
    Rita.Lin@usdoj.gov
Attorneys for United States of America

**FILED**
JUL 12 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-579 VC |
| Plaintiff, | STIPULATED ORDER OF FORFEITURE |
| v. | Date: July 12, 2017 |
| RAYMUNDO DOVAL-DURAN, a/k/a "Brian," | Time: 10:30 a.m. |
| Defendant. | |

The United States of America and defendant Raymundo Doval-Duran hereby stipulate and agree to the following:

On July 19, 2016, the grand jury indicted defendant Raymundo Doval-Duran for a violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A). March 28, 2017, the United States filed a Superseding Information charging Doval-Duran with two violations of 21 U.S.C. § 843(b). The Information also sought criminal forfeiture pursuant to 21 U.S.C. § 853. On March 29, 2017, the defendant pleaded guilty to all counts of the Superseding Information. Accordingly, as a result of the conviction of the offenses set forth above, and pursuant to Rule 32.2(b) of the Federal Rule of Criminal Procedure and 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and 18 U.S.C. § 981(a)(1)(C), the parties stipulate that the Court should order forfeiture of the following property (the "subject property"):

    a.    $35,000 in U.S. currency seized from 25912 McClintock Rd. on or about December 10, 2015[1];

    b.    A Browning Hi-power 9mm pistol, serial number 245NX50714 and two loaded magazines, seized from 25912 McClintock Rd. on or about December 10, 2015;

    c.    A Colt 1911 .45 caliber pistol, serial number SS26156E and two magazines, one of which was loaded, seized from 25912 McClintock Rd. on or about December 10, 2015;

    d.    A zip-lock baggie with assorted ammunition, seized from 25912 McClintock Rd. on or about December 10, 2015;

Defendant Raymundo Doval-Duran agrees that the subject property is property subject to forfeiture pursuant to 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and 18 U.S.C. § 981(a)(1)(C) as proceeds of a violation of 18 U.S.C. § 641 and 21 U.S.C. § 843(b) and property that facilitated a violation of 21 U.S.C. § 843(b) and 21 U.S.C. § 846.

Defendant Raymundo Doval-Duran agrees that the terms of this stipulation and order shall be part of his sentence. Defendant Raymundo Doval-Duran agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Agreement on any ground, including that the forfeiture constitutes an excessive fine or punishment or that the forfeiture proceeding was brought in violation of any statute of limitations.

---

[1] The seized $35,000 in US Currency was administratively forfeited by Drug Enforcement Administration on April 26, 2016.

STIPULATED ORDER OF FORFEITURE    2
CR 15-579 VC

Pursuant to Rule 32.2(b)(3), this Order of Forfeiture is final as to the defendant and shall be made part of the sentence and included in the judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Federal Rules of Criminal Procedure, Section 32.2(e).

DATED: July 12, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
FRANK J. RIEBLI
RITA F. LIN
Assistant United States Attorneys

DATED: July 12, 2017

_____
RAYMUNDO DOVAL-DURAN
Defendant

Approved as to form.

DATED: July 12, 2017

_____
GAIL SHIFMAN
Attorney for Raymundo Doval-Duran

STIPULATED ORDER OF FORFEITURE
CR 15-579 VC

3